THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 MBNA America
 Bank, N.A., Respondent,
 v.
 Mark
 Christianson, Appellant.
 
 
 

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge
Memorandum Opinion No. 2010-MO-003
Heard January 5, 2010  Filed February 1,
 2010   
AFFIRMED

 
 
 
 David
 Charles Alford, of Spartanburg, for Appellant.
 Christian
 Stegmaier, of Collins & Lacy, of Columbia, for Respondent.
 
 
 

PER CURIAM:  The decision of the circuit court is
 affirmed pursuant to Rule 220(b)(1) of the South Carolina Appellate Court Rules
 and the following authority: K&A Acquisition Group, L.L.C. v. Island
 Pointe, L.L.C., 383 S.C. 563, 682 S.E.2d 252 (2009) (issues must be ruled
 upon to be preserved for appellate review); Metts v. Mims, 384 S.C. 491,
 682 S.E.2d 813 (2009) (subject matter jurisdiction refers to the court's
 "power to hear and determine cases of the general class to which the
 proceedings in question belong").
AFFIRMED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.